UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11CR190-MOC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **SECOND** |
| | ) | **PRELIMINARY ORDER** |
| v. | ) | **OF FORFEITURE** |
| | ) | **(MONEY JUDGMENT)** |
| (3) MICHAEL DAVID MORRIS, | ) | |
| | ) | |
| Defendant. | ) | |

In the bill of information in this case, the United States sought forfeiture of property of the defendant as property that was proceeds of and/or was used to facilitate the crimes charged, together with any other substitute property, which would be subject to forfeiture under § 853(p).

Defendant entered into a plea agreement; subsequently pled guilty to Counts One and Two in the bill of information; and was adjudged guilty of the offenses charged in those counts. Based on the undisputed evidence summarized in the offense conduct section of the presentence report, it appears that more than $7 million in criminal proceeds was obtained as a result of the conspiracy in this case.

It is therefore ORDERED that defendant shall pay a forfeiture money judgment for criminal proceeds in the amount of $7 million, and shall be jointly and severally liable with any other defendants who are also ordered to pay a proceeds money judgment in this case.

Signed: October 29, 2012

Max O. Cogburn Jr.
United States District Judge